**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                                    Plaintiff,

v.                                                        Case No.: 1:14–cv–04753
                                                                 Honorable Ronald A. Guzman

Gear Medical, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 10/23/2014. All matters in controversy having been settled, the above−entitled case is hereby dismissed with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.